**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

# MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>MAXISIQ, LLC v. Hurysh</u>, No. 22-cv-314
<u>IOMAXIS, LLC V. Hurysh, et al.</u>, No. 20-cv-3612

DATE: January 26, 2023

\* \* \*

The Court recently received correspondence from the parties stating their positions with respect to consolidating the above-captioned cases. Nicholas Hurysh and Hillcrest Farm, LLC consent to consolidation; IOMAXIS and Brad Buhr consent to consolidation but only for the purposes of trial not for discovery or motions practice, because they believe the cases are in different procedural postures. Nevertheless, these cases are sprawling.

The Court believes full consolidation at this time is appropriate and that the procedural postures of the cases are not meaningfully different. Both matters concern the propriety of Hurysh's removal as a member of IOMAXIS, and presumably the evidence developed in discovery would be useful in both cases if they are not consolidated. Accordingly, pursuant to its authority under Federal Rule of Civil Procedure 42, the Court **ORDERS** that the above-captioned cases be **FULLY CONSOLIDATED** under case number 20-cv-3612-PJM.

The Court also **ADOPTS** the following deadlines in the consolidated case:

| Date | Deadline |
|---|---|
| May 22, 2023 | Close of Fact Discovery; status report due |
| June 22, 2023 | IOMAXIS's and Buhr's Rule 26(a)(2) disclosures |
| July 24, 2023 | Hurysh's and Hillcrest Farm's Rule 26(a)(2) disclosures |
| August 8, 2023 | IOMAXIS's and Buhr's rebuttal Rule 26(a)(2) disclosures |
| August 25, 2023 | Rule 26(e)(2) supplementation of disclosures and responses |
| September 8, 2023 | Close of Expert Discovery; status report due |
| September 29, 2023 | Deadline for dispositive motions |
| October 20, 2023 | Deadline for oppositions to dispositive motions |

November 3, 2023        Deadline for replies in support of dispositive motions

In addition, the Court has decided to bifurcate trial. Phase I of trial, to take place in December 2023, will address which Operating Agreement (North Carolina or Delaware) is in effect and the propriety of Hurysh's removal as a shareholder of IOMAXIS, including whether Hurysh violated any trade secrets laws. Phase II of trial, to take place in March 2024, will address damages and equitable relief, including the valuation of Hurysh's shares in IOMAXIS, any damages resulting from actions taken by Buhr that may have affected the value of Hurysh's shares, and any damages IOMAXIS may have sustained if Hurysh is determined to have violated trade secrets laws.

The deadlines noted above for discovery and motions practice shall apply to both Phase I and Phase II of the consolidated case.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/ Peter J. Messitte
United States District Judge

CC:   Court file
      Counsel of Record