UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: IOMAXIS, LLC v. Hurysh, Jr.,
No. 22-cv-314

DATE: June 4, 2024

\* \* \*

Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff Nicholas Hurysh, Jr., has filed three Motions to Seal filings in connection with his Motion for Summary Judgment and his opposition to IOMAXIS' Motion for Summary Judgment (ECF Nos. 116, 121, 130). One Motion (ECF No. 121) additionally requests that the Court strike certain documents filed in support of his Motion for Summary Judgment because he inadvertently included in those filings information that IOMAXIS has deemed confidential.

Accordingly, the Court **ORDERS**:

1. Unless the Court receives an opposition to the Motions to Seal from a party or non-party in this case, or unless otherwise noted by the Court, the Motions shall be **GRANTED** 14 days from the date the Motions were filed;
2. During this 14-day period, pursuant to Local Rule 105.11, the documents for which sealing is requested shall remain under seal; and
3. The Clerk of Court **SHALL**:
   a. Strike ECF No. 115-1 from the public record, hold it under seal, and replace that document with ECF No. 121-2; and
   b. Strike ECF No. 115-16 and replace that document with ECF No. 121-3.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record